**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

WEN ZHANG,
*on his own behalf and on behalf of others similarly*
*situated*

                                    Plaintiff,

                    v.

JUN WEI INC. *et al*

                              Defendants.
------------------------------------------------------------x

**Case No.** 20-cv-02641

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**
**AGAINST DEFENDANTS**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for **Plaintiff WEN ZHANG and Defendants JUN WEI INC. d/b/a Oriental Foot Reflexology; JUN WEI LIU, and FUSHENG LI**, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed.

      Plaintiff **WEN ZHANG** and Defendants **JUN WEI INC.** d/b/a **Oriental Foot Reflexology; JUN WEI LIU, and FUSHENG LI** in this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal without Prejudice of all claims and counterclaims stated herein by Plaintiff **WEN ZHANG** against Defendants **JUN WEI INC. d/b/a Oriental Foot Reflexology; JUN WEI LIU, and FUSHENG LI** with each party to bear its own attorney's fees and costs. This Stipulation may be filed without further notice with the Clerk of the Court.

Date:  February 20, 2021

**TROY LAW, PLLC**

By:
John Troy, *esq.*
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Phone: (718) 762-1324
*Attorney for Plaintiff*

Date:  February 20, 2021

**HUI CHEN & ASSOCIATES, P.L.L.C.**

By:
Hui Chen, *esq.*
136-20 38th Avenue Suite 9E
Flushing, NY 11354
Phone: (718) 463-2666
*Attorney for Defendants*

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  New York, New York
          March 2, 2021